# Court of Appeals
# of the State of Georgia

ATLANTA,  March 27, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1035.  DANNY WAYNE BESHEARS v. THE STATE.

Danny Wayne Beshears appeals the trial court's denial of his motion to modify his sentence.  The trial court entered its order on November 17, 2016, and Beshears filed his notice of appeal on December 22, 2016.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Veasley v. State*, 272 Ga. 837, 838 (537 SE2d 42) (2000).  Because Beshears filed his notice of appeal 35 days after entry of the order he wishes to appeal, the appeal is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/27/2017
     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
     Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.